UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFIA KURTZ, <br><br> Plaintiff, <br><br> -v- <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | 21-CV-6188 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, United States District Judge:

On July 20, 2021, defendant filed a notice of removal.  Dkt. 3.  On July 21, 2021, the Court scheduled an initial pretrial conference for August 24, 2021.  Dkt. 6.  On August 9, 2021, plaintiff filed a motion to remand to state court.  Dkt. 9.  Defendants' opposition is due August 24, 2021.  Any reply is due September 1, 2021.  The Court also adjourns the currently scheduled conference; whether it will be rescheduled will depend on the outcome of the motion to remand.

SO ORDERED.

Dated:   August 10, 2021
         New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge